IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-641-MOC-DCK

| | |
|---|---|
| ERIC DAVIS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ALLIED INTERSTATE LLC and JOHN DOES 1-25, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by C. Randolph Emory, concerning Raphael Deutsch on December 2, 2020. Raphael Deutsch seeks to appear as counsel *pro hac vice* for Plaintiff Eric Davis. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Raphael Deutsch is hereby admitted *pro hac vice* to represent Plaintiff Eric Davis.

Signed: December 3, 2020

David C. Keesler
United States Magistrate Judge