# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-641-MOC-DCK

| | |
|---|---|
| ERIC DAVIS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| ALLIED INTERSTATE LLC, and<br>JOHN DOES 1-25, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by David Anthony Grassi, Jr., concerning Brendan H. Little, on January 18, 2021. Brendan H. Little seeks to appear as counsel *pro hac vice* for Defendant Allied Interstate LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Brendan H. Little is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 19, 2021

David C. Keesler
United States Magistrate Judge